United States District Court
Southern District of Texas
**ENTERED**

August 05, 2025

Nathan Ochsner, Clerk

---

**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

---

Catherine Weinstock, and Marion Weinstock,
      Plaintiffs,

§
§
§
§

*versus*
§
§          Civil Action: H-25-cv-01254

§
§

Kristine Hubbard and The Hubbard Law
Firm PC,
      Defendants.

§
§
§
§

# Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendants failed to plead or otherwise defend in this case as required by law:

Kristine Hubbard and The Hubbard Law Firm PC

Therefore, default is entered against the defendants as authorized by Federal Rule of Civil Procedure 55.

CLERK OF COURT

DATED: August 5, 2025

By:___*Rachel Willborg*_____

Deputy Clerk